JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY E., | ) NO. CV 21-8278-KS |
|       Plaintiff, | ) |
|   v. | ) JUDGMENT |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) |
|       Defendant. | ) |

    Pursuant to the Court's Memorandum Opinion and Order, IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed and the above-captioned action is dismissed with prejudice.

DATE: February 15, 2023

                                                          /s/ Karen L. Stevenson
                                                    KAREN L. STEVENSON
                                       UNITED STATES MAGISTRATE JUDGE